# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JASON R. MUCHA,**
        **Plaintiff,**

   v.                                      Case No. 14-C-0303

**CITY OF MILWAUKEE, et al.,**
        **Defendants.**

## ORDER

On September 26, 2014, the defendants filed a motion for judgment on the pleadings. On October 2, 2014, the defendants filed a motion to stay discovery pending resolution of the motion for judgment on the pleadings. The plaintiff has filed a brief in opposition to the motion for judgment on the pleadings, but he has not filed anything in response to the motion to stay. Therefore, I conclude that the plaintiff does not oppose the motion to stay and will grant it for that reason.

Accordingly, **IT IS ORDERED** that the defendants' motion to stay discovery pending resolution of the motion for judgment on the pleadings is **GRANTED**.

Dated at Milwaukee, Wisconsin, this 31st day of October, 2014.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge